# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

**Mary Kathy Todd,**

    **Plaintiff,**

**v.**                                                              **Case No. 13-2648-JWL**

**Perkins & Marie Callender's, LLC,**

    **Defendant.**

## ORDER

Plaintiff Mary Kathy Todd filed a complaint against defendant, her former employer, asserting claims arising out of her employment with defendant. Defendant has moved to compel arbitration (doc. 10) of the dispute pursuant to the parties' arbitration agreement. Plaintiff has filed a response indicating that she does not oppose the motion. Accordingly, the court grants the motion to compel arbitration and stays this case pending arbitration.

**IT IS THEREFORE ORDERED BY THE COURT THAT** defendant's motion to compel arbitration (doc. 10) is granted and the parties are directed to proceed to arbitration on plaintiff's claims. The court will stay the judicial proceedings in this case pending completion of the arbitration process. Counsel for the parties are directed to report to the court in writing no later than August 1, 2014 concerning the status of that arbitration in the event that it has not been terminated earlier. Failure to so report will lead to dismissal of this case for lack of prosecution.

**IT IS SO ORDERED.**

Dated this 31st day of January, 2014, at Kansas City, Kansas.

                                                    s/ John W. Lungstrum
                                                    John W. Lungstrum
                                                    United States District Judge